**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE MATTER OF: COMPLAINT FOR    :   No. 123 MM 2023
COMMON LAW WRIT OF MANDAMUS BY  :
AND FOR SEAN NELSON ROBINSON,    :
    :
        Petitioner    :
    :
    :
        v.    :
    :
    :
MAGISTERIAL DISTRICT JUDGE    :
MICHAEL D'AMORE,    :
    :
        Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of February, 2024, the "Complaint for Common Law Writ of Mandamus" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.